NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIS ELECTRIC CO., LTD.,**
*Appellant*

**v.**

**EVERSTAR MERCHANDISE CO., LTD.,**
*Appellee*

---

2021-1870

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-01485.

---

## JUDGMENT

---

PATRICK M. ARENZ, Robins Kaplan LLP, Minneapolis, MN, argued for appellant.  Also represented by BRENDA L. JOLY.

BRENTON R. BABCOCK, Loeb & Loeb LLP, Los Angeles, CA, argued for appellee.  Also represented by PRESTON HAMILTON HEARD, Womble Bond Dickinson (US) LLP, Atlanta, GA; BARRY J. HERMAN, Baltimore, MD; TYLER TRAIN, Irvine, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 10, 2022            /s/ Peter R. Marksteiner
      Date                      Peter R. Marksteiner
                                Clerk of Court